BEFORE THE THIRD DIVISION, FEBRUARY 14, 1950

**No. 54026.**—French Italian Wine Co., Inc. *v.* United States, protests 84898–K, etc. (New York).

Opinion by EKWALL, J.   For the reason stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.